| | |
|---|---|
| 1 | **ABRAMS GARFINKEL MARGOLIS BERGSON, LLP** |
| 2 | THOMAS H. VIDAL (204432) tvidal@agmblaw.com     JS-6 |
|   | MICHAEL J. WIESS  (206473) mwiess@agmblaw.com |
| 3 | 5900 Wilshire Blvd., Suite 2250 |
|   | Los Angeles, California 90036 |
| 4 | Telephone: (310) 300-2900 |
|   | Facsimile: (310) 300-2901 |

Attorneys for Defendant
PETER SCOTT KESTERSON AND
KESTERSON FOR CONGRESS CAMPAIGN
COMMITTEE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE E. FEIN, | CASE NO. 2:10-CV-02048-ABC-SS |
| Plaintiff, | (**PROPOSED**) JUDGMENT |
| v. | |
| PETER SCOTT KESTERSON, KESTERSON FOR CONGRESS CAMPAIGN COMMITTEE, and JOHN DOES 1-10, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF INTEREST:

By Motion filed April 8, 2010, Defendants Peter Scott Kesterson and Kesterson for Congress Campaign Committee (collectively, "Kesterson") filed a Special Motion to Strike Pursuant to California Code of Civil Procedure section 425.16.  (Docket No. 3.) Plaintiff Bruce E. Fein ("Fein"), a pro se attorney, opposed on June 8, 2010, and separately moved for summary judgment pursuant to Federal Rule of Civil Procedure 56. (Docket No. 22.) Kesterson replied on June 18, 2010. (Docket No. 23.) Fein also submitted a supplemental brief on July 12, 2010 and the Court allowed Kesterson to

---

**(Proposed) Judgment**
**Case No. 2:10-CV-02048-ABC-SS - 1**

respond on July 16, 2010. (Docket No. 31.) The Court heard oral arguments in this case on July 26, 2010.

By Order entered July 26, 2010, the Court GRANTED Kesterson's motion and ENTERED JUDGMENT STRIKING Fein's complaint. The Court further GRANTED Kesterson's request for attorney's fees and costs. The Court also DENIED Fein's cross-motion for summary judgment. (Docket No. 22.) Finally, Kesterson was ORDERED to lodge with the Court within 10 days of the filing of this Order a proposed judgment consistent with the Court's Order.

Therefore it is ORDERED, ADJUDGED, AND DECREED that Judgment is entered dismissing the entire action with prejudice, Defendants to recover attorneys fees in an amount to be determined by the Court upon Defendants' timely filing of a separate regularly noticed motion to be filed no later than 20 days from the filing of the Court's July 26, 2010 Order.

DATED: August 2, 2010

_____
U.S. District Court Judge

Submitted by:

By:_____
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
    Thomas H. Vidal
    Michael J. Weiss
  Attorneys for Defendants

---

**(Proposed) Judgment**
**Case No. 2:10-CV-02048-ABC-SS - 2**