1  **ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
   THOMAS H. VIDAL (204432) tvidal@agmblaw.com
2  MICHAEL J. WIESS (206473) mwiess@agmblaw.com
   5900 Wilshire Blvd., Suite 2250
3  Los Angeles, California 90036
   Telephone: (310) 300-2900
4  Facsimile: (310) 300-2901

5  Attorneys for Defendant
   PETER SCOTT KESTERSON AND
6  KESTERSON FOR CONGRESS CAMPAIGN
   COMMITTEE
7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | BRUCE E. FEIN, | ) | CASE NO. CV10-02048 ABC (SSx) |
|----|----------------|---|-------------------------------|
| 12 | Plaintiff, | ) | **(PROPOSED) JUDGMENT** |
| 13 | v. | ) | |
| 14 | PETER SCOTT KESTERSON, KESTERSON FOR CONGRESS CAMPAIGN COMMITTEE, and JOHN DOES 1-10, | ) | |
| 16 | Defendants. | ) | |

18

19       TO THE COURT AND ALL PARTIES OF INTEREST:

20       By Motion filed on August 14, 2010, Defendants Peter Scott Kesterson and

21  Kesterson for Congress Campaign Committee (collectively, "Kesterson") moved a for an

23  award of Attorneys' Fees and costs.  (Docket No. 45.)  Plaintiff Bruce E. Fein ("Fein"), a

24  pro se attorney, opposed on August 25, 2010, and Kesterson replied on September 7.

25  The Court determined that the matter was appropriate for resolution without oral

26  argument and took the matter under submission.

27

28       By Order entered November 23, 2010, the Court GRANTED Kesterson's motion

---

**(Proposed) Judgment re Award of Attorneys' Fees**
**Case No. 2:10-CV-02048-ABC-SS - 1**

in its entirety. (Docket No. 63.) Finally, Kesterson was ORDERED to lodge with the Court within 10 days of the filing of this Order a proposed judgment consistent with the Court's Order.

Therefore it is ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Defendants for an award of attorneys' fees for prosecuting the anti-SLAPP motion. Plaintiff is ordered to pay $35,650.02 to Defendants.

DATED: December 15, 2010

_____
U.S. District Court Judge

Submitted by:


By: /s/_____
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
    Thomas H. Vidal
    Michael J. Weiss
  Attorneys for Defendants

---

**(Proposed) Judgment re Award of Attorneys' Fees**
**Case No. 2:10-CV-02048-ABC-SS - 2**